**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 11, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

KALSHIEX LLC,

Plaintiff - Appellant,

v.

SPENCER J. COX, in his official capacity as Governor of Utah, et al.,

Defendants - Appellees.

No. 26-4100
(D.C. No. 2:26-CV-00151-RJS)
(D. Utah)

---

**ORDER**

---

Appellant has filed an *Emergency Motion for an Injunction Pending Appeal*. We require a response. Appellees must respond to the motion on or before August 21, 2026, by 5:00 p.m., MDT. Appellant may file an optional reply within seven days after the response is filed, also by 5:00 p.m., MDT.

Entered for the Court



CHRISTOPHER M. WOLPERT, Clerk