# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| KalshiEx LLC, Plaintiff-Appellant<br>v.<br>Spencer J. Cox, et al., Defendants-Appellees | Case No. 26-4100 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of American Gaming Association
[Party Name(s)]
certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

October 28, 2026
Date

/s/ Matthew J. Glover
Signature

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Disclosure Statement
[date]

_____________________________________________________________________________
[name of party]

at___________________________________________________________________________,
[address]

the last known address/email address, by

______________________________________________.
[method of service]

October 28, 2026
Date

/s/ Matthew J. Glover
Signature